Fred W. Moxey, appellant, v. Izola Moxey, appellee. Gen. No. 34,151.

Opinion filed May 26, 1930.

Myron E. Wisch, for appellant; Sidney R. Tarkoff, Nathan Einhorn and Charles R. Haussner, of counsel. Nelson, Wilson & Fithian, for appellee; C. D. Fithian, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Clyde Roseboom, appellee, v. George E. Dernbach, appellant. Gen. No. 34,245.

Opinion filed May 26, 1930. Rehearing denied June 9, 1930.

Krinsky, Levitan & Glassner, for appellant. J. Edward Newberger, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

John F. Amberg for use of Clarence Lauten, appellee, v. Nick Maheras, appellant. Gen. No. 34,011.

Opinion filed May 28, 1930.

Charles Waldman, for appellant; Clyde C. Fisher, of counsel. Sarsfield Collins, for appellee; Bailey Samelow and Nathan Schwartz, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Swarts Bros., Inc., defendant in error, v. Abe Scharf, plaintiff in error. Gen. No. 34,029.

Opinion filed May 28, 1930.

Alex C. Lawrence and Alfred Diamond, for plaintiff in error; L. L. Smith, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Wilson delivered the opinion of the court.